The People of the State of Illinois, Plaintiff-Appellant, *v.* Gary L. Crete, Defendant-Appellee.

(No. 75-25;

Second District (1st Division)—July 30, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Loren S. Golden, State's Attorney, of Mt. Carroll (Edward N. Morris, of Illinois State's Attorneys Association, of counsel), for the People.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellee.